**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| Old Dominion Freight Line, Inc<br>500 Old Dominion Way<br>Thomasville, NC 27360 | **Civil Action No.:**_____<br><br>Judge: _____ |
| **Plaintiff** | |
| -vs- | |
| Clinton Aluminum U.S., Inc.<br>Serve: Thomas J. Dagenback, Agent<br>5412 Courseview, Dr., Ste 420<br>Mason, OH 45040 | **COMPLAINT**<br><br>**$118,128.31** |
| **Defendant** | |

_____

Now comes Plaintiff, through counsel, and for its Complaint against the Defendant states as follows:

**PARTIES AND JURISDICTION**

1. Plaintiff, Old Dominion Freight Line, Inc. ("Plaintiff"), is a Virginia corporation with a principal place of business located at 500 Old Dominion Way, Thomasville, NC 27360.

2. Defendant, Clinton Aluminum U.S., Inc., is an Ohio corporation with its principal place of business at 6270 Van Buren Road, Clinton, Ohio within Summit County.

3. Plaintiff alleges an amount in controversy in excess of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs.

4. This court has jurisdiction over this action pursuant to 28 U.S.C. §1332 because there is complete diversity of citizenship between the parties, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

5.  Venue in this district is appropriate under 28 U.S.C. §1391 because a substantial part of the events giving rise to this claim occurred in the district as Plaintiff provided a large number of its services to Defendant in this district, and because Defendant resides in this district.

## STATEMENT OF FACTS

6.  Plaintiff is a motor carrier as that term is defined by 49 U.S.C. §13102(14).

7.  Defendant manufactures and distributes aluminum and steel throughout the United States.

## COUNT I - BREACH OF CONTRACT

8.  On or about June 01, 2017, Defendant began using Plaintiff's shipping services on a credit account.

9.  By using Plaintiff's shipping services, Defendant became bound by Plaintiff's published Tariffs.

10.  Defendant has defaulted on the terms of Plaintiff's Tariffs by virtue of failing to make timely payments due thereunder for Plaintiff's shipping services.

11.  Defendant presently owes Plaintiff the sum of $118,128.31, with interest at the statutory rate of 5% (or whatever legal rate is in place at the time of judgment) per year from August 7, 2018. A statement of account is attached hereto as Exhibit "A".

## COUNT II - GOODS AND SERVICES SOLD AND DELIVERED

12.  Plaintiff fully restates the allegations in the preceding paragraphs as if fully rewritten herein.

13.  Defendant owes the sum of $118,128.31 for goods and/or services sold and delivered between January 11, 2018 and July 19, 2018.

## COUNT III - UNJUST ENRICHMENT

14. Plaintiff fully restates the allegations in the preceding paragraphs as if fully rewritten herein.

15. Defendant has received goods and/or services valued in the amount of $118,128.31 without making payment to Plaintiff and has been unjustly enriched.

**WHEREFORE,** Plaintiff respectfully requests judgment against Defendants for the sum of $118,128.31, with interest at the statutory rate per year from August 7, 2018; for costs herein incurred and all other relief the Court deems just and equitable.

     _/s/   Mark Sheriff_
Mark Sheriff (0019273)
Thomas & Thomas Attorneys At Law
Attorneys for Plaintiff
2000 West Henderson Rd., Ste 330
Columbus, OH 43220
614-817-1833 ext. 303
513-475-4406 fax
Mark.Sheriff@tt-law.com

```
Date:  8/07/18                              Old Dominion Freight Line,Inc.                               Program: RVAR0311
Time:  9:43:09                        Statement of Account by Pro Detail Report                          User Id: E090235
                                                    Include All Pros                                     Page:    1
                                                 Credit Balances Included

Account No:    13450438  CLINTON ALUMINUM US INC                              In ***** U S DOLLAR *****

                         Freight      Assessed      Net Cash                  Remaining       Remaining       Total
Pro Number    Pro Date   Charges      LIQD          Posted       Misc Adj     Frt Charges     LIQD            Open AR
-----------------------------------------------------------------------------------------------------------------------
32502577011   1/11/18      467.72          .00     1,259.09-         .00        791.37-            .00          791.37-
32503144779   3/16/18      126.72          .00       211.64-         .00         84.92-            .00           84.92-
32503142831   4/04/18      242.63        84.92           .00         .00        242.63          84.92           327.55
29102879904   4/06/18      124.85        43.69           .00         .00        124.85          43.69           168.54
32503144258   4/06/18      384.29       134.50           .00         .00        384.29         134.50           518.79
32102961652   4/09/18      119.18        41.71           .00         .00        119.18          41.71           160.89
29102961660   4/09/18      119.18        41.71           .00         .00        119.18          41.71           160.89
29102961578   4/09/18      185.54        64.93           .00         .00        185.54          64.93           250.47
32503144167   4/09/18      319.84       111.94           .00         .00        319.84         111.94           431.78
32503144175   4/09/18      204.18        71.46           .00         .00        204.18          71.46           275.64
32503144183   4/09/18      268.57        93.99           .00         .00        268.57          93.99           362.56
32503144191   4/09/18      268.50        93.97           .00         .00        268.50          93.97           362.47
29102884987   4/10/18      113.50        39.72           .00         .00        113.50          39.72           153.22
29102961710   4/10/18      130.24        45.58           .00         .00        130.24          45.58           175.82
32503144118   4/10/18      562.45       196.85           .00         .00        562.45         196.85           759.30
32503144126   4/10/18      185.91        65.06           .00         .00        185.91          65.06           250.97
82910023199   4/10/18      413.66       144.78           .00         .00        413.66         144.78           558.44
28102840239   4/10/18      204.18        71.46           .00         .00        204.18          71.46           275.64
29102958369   4/11/18      159.41        55.79           .00         .00        159.41          55.79           215.20
29102958377   4/11/18      209.40        73.29           .00         .00        209.40          73.29           282.69
29102958385   4/11/18      271.81        95.13           .00         .00        271.81          95.13           366.94
29102961728   4/11/18      119.18        41.71           .00         .00        119.18          41.71           160.89
32503144100   4/11/18      187.66        65.68           .00         .00        187.66          65.68           253.34
32503144142   4/11/18      119.18        41.71           .00         .00        119.18          41.71           160.89
29102987855   4/12/18      252.72        88.45           .00         .00        252.72          88.45           341.17
29102987863   4/12/18      119.18        41.71           .00         .00        119.18          41.71           160.89
32503144043   4/12/18      207.44        72.60           .00         .00        207.44          72.60           280.04
32503144050   4/12/18      471.67       165.08           .00         .00        471.67         165.08           636.75
32503144068   4/12/18    1,042.21       364.77           .00         .00      1,042.21         364.77         1,406.98
32503144076   4/12/18      384.77       134.66           .00         .00        384.77         134.66           519.43
32503144084   4/12/18      162.65        56.92           .00         .00        162.65          56.92           219.57
32503144092   4/12/18      124.85        43.69           .00         .00        124.85          43.69           168.54
29102987905   4/13/18      467.22       163.52           .00         .00        467.22         163.52           630.74
29102987913   4/13/18      204.18        71.46           .00         .00        204.18          71.46           275.64
32502987921   4/13/18      366.09       128.13           .00         .00        366.09         128.13           494.22
32503144019   4/13/18      167.81        58.73           .00         .00        167.81          58.73           226.54
32503144027   4/13/18      119.18        41.71           .00         .00        119.18          41.71           160.89
32503144738   4/13/18      216.40        75.74           .00         .00        216.40          75.74           292.14
32503144746   4/13/18      146.38        51.23           .00         .00        146.38          51.23           197.61
32503144753   4/13/18      655.19       229.31           .00         .00        655.19         229.31           884.50
29102987038   4/16/18      190.11        66.53           .00         .00        190.11          66.53           256.64
32503144670   4/16/18      119.18        41.71           .00         .00        119.18          41.71           160.89
32503144696   4/16/18      140.66        49.23           .00         .00        140.66          49.23           189.89
32503144704   4/16/18      456.49       159.77           .00         .00        456.49         159.77           616.26
29102985370   4/16/18      623.69       218.29           .00         .00        623.69         218.29           841.98
29102985388   4/17/18      269.51        94.32           .00         .00        269.51          94.32           363.83
32503144639   4/17/18      719.20       251.72           .00         .00        719.20         251.72           970.92
32503144647   4/17/18      182.47        63.86           .00         .00        182.47          63.86           246.33
```

Exhibit "A"

```
Date:  8/07/18                          Old Dominion Freight Line,Inc.                           Program: RVAR0311
Time:  9:43:09                  Statement of Account by Pro Detail Report                        User Id: E090235
                                           Include All Pros                                        Page:     2
                                        Credit Balances Included

                                                                              In ***** U S DOLLAR *****

Account No:    13450438 CLINTON ALUMINUM US INC

                       Freight     Assessed    Net Cash              Remaining       Remaining        Total
Pro Number  Pro Date   Charges     LIQD        Posted     Misc Adj   Frt Charges     LIQD             Open AR
----------  --------   --------    --------    --------   --------   -----------     ---------        -------
32503144654  4/17/18     131.39      45.98        .00        .00         131.39         45.98          177.37
29102958849  4/18/18     595.89     208.56        .00        .00         595.89        208.56          804.45
29102958856  4/18/18     316.82     110.88        .00        .00         316.82        110.88          427.70
32503144597  4/18/18     208.36      72.92        .00        .00         208.36         72.92          281.28
32503144605  4/18/18     189.70      66.39        .00        .00         189.70         66.39          256.09
32503144613  4/18/18     119.70      41.89        .00        .00         119.70         41.89          161.59
32503144555  4/19/18     173.52      60.73        .00        .00         173.52         60.73          234.25
32503144563  4/19/18     119.70      41.89        .00        .00         119.70         41.89          161.59
32503144571  4/19/18     130.92      45.82        .00        .00         130.92         45.82          176.74
32503144589  4/19/18     206.00      72.10        .00        .00         206.00         72.10          278.10
29102987095  4/20/18     203.96      71.38        .00        .00         203.96         71.38          275.34
29102987103  4/20/18     135.96      47.58        .00        .00         135.96         47.58          183.54
29102987111  4/20/18     119.70      41.89        .00        .00         119.70         41.89          161.59
29102987129  4/20/18     313.41     109.69        .00        .00         313.41        109.69          423.10
29102987137  4/20/18     185.08      64.77        .00        .00         185.08         64.77          249.85
32503144514  4/20/18     119.70      41.89        .00        .00         119.70         41.89          161.59
32503144530  4/20/18     546.07     191.12        .00        .00         546.07        191.12          737.19
29102985461  4/23/18     127.18      44.51        .00        .00         127.18         44.51          171.69
29102985479  4/23/18     119.70      41.89        .00        .00         119.70         41.89          161.59
29102985487  4/23/18     137.55      48.14        .00        .00         137.55         48.14          185.69
32503143227  4/23/18     119.70      41.89        .00        .00         119.70         41.89          161.59
32503143235  4/23/18     266.95      93.43        .00        .00         266.95         93.43          360.38
32503143201  4/24/18     114.00      39.90        .00        .00         114.00         39.90          153.90
32503143219  4/24/18     119.70      41.89        .00        .00         119.70         41.89          161.59
29102985016  4/25/18     125.40      43.89        .00        .00         125.40         43.89          169.29
29102985024  4/25/18     169.29      59.25        .00        .00         169.29         59.25          228.54
29102985032  4/25/18     119.70      41.89        .00        .00         119.70         41.89          161.59
29102985040  4/25/18     125.40      43.89        .00        .00         125.40         43.89          169.29
29102985057  4/25/18     119.70      41.89        .00        .00         119.70         41.89          161.59
32503143151  4/25/18     297.05     103.96        .00        .00         297.05        103.96          401.01
32503143169  4/25/18     125.40      43.89        .00        .00         125.40         43.89          169.29
32503143177  4/25/18     145.32      50.86        .00        .00         145.32         50.86          196.18
29102985099  4/26/18     119.70      41.89        .00        .00         119.70         41.89          161.59
29102985107  4/26/18     119.70      41.89        .00        .00         119.70         41.89          161.59
29102985115  4/26/18     521.99     182.69        .00        .00         521.99        182.69          704.68
32503143102  4/26/18     162.18      56.76        .00        .00         162.18         56.76          218.94
32503143110  4/26/18     300.31     105.10        .00        .00         300.31        105.10          405.41
32503143128  4/26/18     528.70     185.04        .00        .00         528.70        185.04          713.74
32503143144  4/26/18     119.70      41.89        .00        .00         119.70         41.89          161.59
29102991469  4/27/18     114.00      39.90        .00        .00         114.00         39.90          153.90
29102991477  4/27/18     175.99      61.59        .00        .00         175.99         61.59          237.58
29102991485  4/27/18     128.50      44.97        .00        .00         128.50         44.97          173.47
29102991493  4/27/18     119.70      41.89        .00        .00         119.70         41.89          161.59
32503143045  4/27/18     119.70      41.89        .00        .00         119.70         41.89          161.59
32503143052  4/27/18     119.70      41.89        .00        .00         119.70         41.89          161.59
32503143078  4/27/18     257.10      89.98        .00        .00         257.10         89.98          347.08
32503143086  4/27/18     538.11     188.33        .00        .00         538.11        188.33          726.44
29102903225  4/30/18     119.70      41.89        .00        .00         119.70         41.89          161.59
```

```
Date:  8/07/18                          Old Dominion Freight Line,Inc.                              Program: RVAR0311
Time:  9:43:09                  Statement of Account by Pro Detail Report                           User Id: E090235
                                             Include All Pros                                       Page:    3
                                          Credit Balances Included

Account No:    13450438  CLINTON ALUMINUM US INC                         In ***** U S DOLLAR *****
```

| Pro Number | Pro Date | Freight Charges | Assessed LIQD | Net Cash Posted | Misc Adj | Remaining Frt Charges | Remaining LIQD | Total Open AR |
|---|---|---|---|---|---|---|---|---|
| 32503327002 | 4/30/18 | 127.20 | 44.52 | .00 | .00 | 127.20 | 44.52 | 171.72 |
| 29102940409 | 5/01/18 | 225.62 | 78.96 | .00 | .00 | 225.62 | 78.96 | 304.58 |
| 29102940417 | 5/01/18 | 266.67 | 93.33 | .00 | .00 | 266.67 | 93.33 | 360.00 |
| 29102940425 | 5/01/18 | 228.47 | 79.96 | .00 | .00 | 228.47 | 79.96 | 308.43 |
| 32503326970 | 5/01/18 | 119.96 | 41.98 | .00 | .00 | 119.96 | 41.98 | 161.94 |
| 32503326988 | 5/01/18 | 125.68 | 43.98 | .00 | .00 | 125.68 | 43.98 | 169.66 |
| 32503326996 | 5/01/18 | 253.24 | 88.63 | .00 | .00 | 253.24 | 88.63 | 341.87 |
| 29102940011 | 5/02/18 | 119.96 | 41.98 | .00 | .00 | 119.96 | 41.98 | 161.94 |
| 29102940029 | 5/02/18 | 258.71 | 90.54 | .00 | .00 | 258.71 | 90.54 | 349.25 |
| 29102940037 | 5/02/18 | 235.12 | 82.29 | .00 | .00 | 235.12 | 82.29 | 317.41 |
| 32503326954 | 5/02/18 | 275.58 | 96.45 | .00 | .00 | 275.58 | 96.45 | 372.03 |
| 29102940060 | 5/03/18 | 119.96 | 41.98 | .00 | .00 | 119.96 | 41.98 | 161.94 |
| 29102940078 | 5/03/18 | 190.80 | 66.78 | .00 | .00 | 190.80 | 66.78 | 257.58 |
| 32503326913 | 5/03/18 | 183.53 | 64.23 | .00 | .00 | 183.53 | 64.23 | 247.76 |
| 29102943767 | 5/04/18 | 264.77 | 92.66 | .00 | .00 | 264.77 | 92.66 | 357.43 |
| 32503326848 | 5/04/18 | 189.96 | 66.48 | .00 | .00 | 189.96 | 66.48 | 256.44 |
| 32503326855 | 5/04/18 | 134.77 | 47.16 | .00 | .00 | 134.77 | 47.16 | 181.93 |
| 32503326863 | 5/04/18 | 371.31 | 129.95 | .00 | .00 | 371.31 | 129.95 | 501.26 |
| 32503326871 | 5/04/18 | 119.96 | 41.98 | .00 | .00 | 119.96 | 41.98 | 161.94 |
| 29102944021 | 5/07/18 | 282.35 | 98.82 | .00 | .00 | 282.35 | 98.82 | 381.17 |
| 32503326822 | 5/07/18 | 1,683.21 | 589.12 | .00 | .00 | 1,683.21 | 589.12 | 2,272.33 |
| 32503326830 | 5/07/18 | 191.38 | 66.98 | .00 | .00 | 191.38 | 66.98 | 258.36 |
| 29102944112 | 5/08/18 | 119.96 | 41.98 | .00 | .00 | 119.96 | 41.98 | 161.94 |
| 29102944120 | 5/08/18 | 484.27 | 169.49 | .00 | .00 | 484.27 | 169.49 | 653.76 |
| 29102944138 | 5/08/18 | 114.25 | 39.98 | .00 | .00 | 114.25 | 39.98 | 154.23 |
| 29102944146 | 5/08/18 | 202.60 | 70.91 | .00 | .00 | 202.60 | 70.91 | 273.51 |
| 32503326772 | 5/08/18 | 119.96 | 41.98 | .00 | .00 | 119.96 | 41.98 | 161.94 |
| 32503326780 | 5/08/18 | 119.96 | 41.98 | .00 | .00 | 119.96 | 41.98 | 161.94 |
| 32503327259 | 5/08/18 | 263.37 | 92.17 | .00 | .00 | 263.37 | 92.17 | 355.54 |
| 29102978334 | 5/09/18 | 380.88 | 133.30 | .00 | .00 | 380.88 | 133.30 | 514.18 |
| 29102978342 | 5/09/18 | 220.60 | 77.21 | .00 | .00 | 220.60 | 77.21 | 297.81 |
| 29102978359 | 5/09/18 | 201.17 | 70.40 | .00 | .00 | 201.17 | 70.40 | 271.57 |
| 32503327218 | 5/09/18 | 351.42 | 122.99 | .00 | .00 | 351.42 | 122.99 | 474.41 |
| 32503327226 | 5/09/18 | 119.96 | 41.98 | .00 | .00 | 119.96 | 41.98 | 161.94 |
| 32503327234 | 5/09/18 | 119.96 | 41.98 | .00 | .00 | 119.96 | 41.98 | 161.94 |
| 29102940151 | 5/10/18 | 119.96 | 41.98 | .00 | .00 | 119.96 | 41.98 | 161.94 |
| 29102940169 | 5/10/18 | 168.38 | 58.93 | .00 | .00 | 168.38 | 58.93 | 227.31 |
| 32503327150 | 5/10/18 | 393.18 | 137.61 | .00 | .00 | 393.18 | 137.61 | 530.79 |
| 32503327184 | 5/10/18 | 239.25 | 83.73 | .00 | .00 | 239.25 | 83.73 | 322.98 |
| 32503327192 | 5/10/18 | 296.82 | 103.88 | .00 | .00 | 296.82 | 103.88 | 400.70 |
| 32503327200 | 5/10/18 | 332.12 | 116.24 | .00 | .00 | 332.12 | 116.24 | 448.36 |
| 32503327101 | 5/11/18 | 119.96 | 41.98 | .00 | .00 | 119.96 | 41.98 | 161.94 |
| 29102806071 | 5/14/18 | 350.45 | 122.65 | .00 | .00 | 350.45 | 122.65 | 473.10 |
| 32503327077 | 5/15/18 | 232.85 | 81.49 | .00 | .00 | 232.85 | 81.49 | 314.34 |
| 29102943296 | 5/16/18 | 120.49 | 42.17 | .00 | .00 | 120.49 | 42.17 | 162.66 |
| 32503343611 | 5/16/18 | 416.28 | 145.69 | .00 | .00 | 416.28 | 145.69 | 561.97 |
| 29102946075 | 5/17/18 | 322.02 | 112.70 | .00 | .00 | 322.02 | 112.70 | 434.72 |
| 32503318670 | 5/17/18 | 174.72 | 61.15 | .00 | .00 | 174.72 | 61.15 | 235.87 |

```
Date:  8/07/18                              Old Dominion Freight Line,Inc.                        Program: RVAR0311
Time:  9:43:09                     Statement of Account by Pro Detail Report                      User Id: E090235
                                              Include All Pros                                    Page:    4
                                           Credit Balances Included

                                                                                 In ***** U S DOLLAR *****

Account No:   13450438  CLINTON ALUMINUM US INC

                                                                                 Remaining    Remaining
Pro Number   Pro Date   Freight    Assessed    Net Cash    Misc Adj              Frt Charges  LIQD         Total
                        Charges    LIQD        Posted                                                      Open AR
-----------  --------   --------   --------    --------    --------              -----------  ---------    --------
32503318688  5/17/18     253.15      88.60        .00         .00                  253.15        88.60       341.75
32503318696  5/17/18     245.49      85.92        .00         .00                  245.49        85.92       331.41
32503318704  5/17/18     131.24      45.93        .00         .00                  131.24        45.93       177.17
29102937280  5/18/18     405.57     141.94        .00         .00                  405.57       141.94       547.51
32503331707  5/18/18     120.49      42.17        .00         .00                  120.49        42.17       162.66
32503331715  5/18/18     120.49      42.17        .00         .00                  120.49        42.17       162.66
32503331723  5/18/18     153.01      53.55        .00         .00                  153.01        53.55       206.56
29102937405  5/21/18     120.49      42.17        .00         .00                  120.49        42.17       162.66
29102937413  5/21/18     120.49      42.17        .00         .00                  120.49        42.17       162.66
32502998738  5/21/18     196.69      68.84        .00         .00                  196.69        68.84       265.53
32502998753  5/21/18     207.13      72.49        .00         .00                  207.13        72.49       279.62
29102946166  5/22/18     142.07      49.72        .00         .00                  142.07        49.72       191.79
29102946174  5/22/18     120.49      42.17        .00         .00                  120.49        42.17       162.66
32502998688  5/22/18     370.20     129.57        .00         .00                  370.20       129.57       499.77
32502998696  5/22/18     661.58     231.55        .00         .00                  661.58       231.55       893.13
32502998704  5/22/18     239.75      83.91        .00         .00                  239.75        83.91       323.66
32502998712  5/22/18     132.28      46.29        .00         .00                  132.28        46.29       178.57
32502998720  5/22/18     315.49     110.42        .00         .00                  315.49       110.42       425.91
29102937496  5/23/18     667.47     233.61        .00         .00                  667.47       233.61       901.08
29102937504  5/23/18     120.49      42.17        .00         .00                  120.49        42.17       162.66
29102937793  5/23/18     459.81     160.93        .00         .00                  459.81       160.93       620.74
32502998647  5/23/18     169.60      59.36        .00         .00                  169.60        59.36       228.96
32502998654  5/23/18     120.49      42.17        .00         .00                  120.49        42.17       162.66
32502998662  5/23/18     133.52      46.73        .00         .00                  133.52        46.73       180.25
29102996278  5/24/18     130.69      45.74        .00         .00                  130.69        45.74       176.43
29102996286  5/24/18     120.49      42.17        .00         .00                  120.49        42.17       162.66
29102996294  5/24/18     324.72     113.65        .00         .00                  324.72       113.65       438.37
32502998555  5/24/18     120.49      42.17        .00         .00                  120.49        42.17       162.66
32502998563  5/24/18     280.44      98.15        .00         .00                  280.44        98.15       378.59
32502998589  5/24/18     333.58     116.75        .00         .00                  333.58       116.75       450.33
32502998597  5/24/18     638.29     223.40        .00         .00                  638.29       223.40       861.69
32502998605  5/24/18     129.11      45.18        .00         .00                  129.11        45.18       174.29
32502998613  5/24/18     269.05      94.16        .00         .00                  269.05        94.16       363.21
32502998621  5/24/18     197.71      69.19        .00         .00                  197.71        69.19       266.90
32502998639  5/24/18     150.30      52.60        .00         .00                  150.30        52.60       202.90
29102996310  5/25/18     891.76     312.11        .00         .00                  891.76       312.11     1,203.87
29102996328  5/25/18     120.49      42.17        .00         .00                  120.49        42.17       162.66
32502998514  5/25/18     224.45      78.55        .00         .00                  224.45        78.55       303.00
32502998522  5/25/18     373.86     130.85        .00         .00                  373.86       130.85       504.71
32502998548  5/25/18     176.27      61.69        .00         .00                  176.27        61.69       237.96
29102995526  5/29/18     170.75      59.76        .00         .00                  170.75        59.76       230.51
29102995534  5/29/18     126.50      44.27        .00         .00                  126.50        44.27       170.77
29102996542  5/29/18     120.75      42.26        .00         .00                  120.75        42.26       163.01
32502996534  5/29/18     196.49      68.77        .00         .00                  196.49        68.77       265.26
32503412002  5/29/18     335.14     117.29        .00         .00                  335.14       117.29       452.43
29102996591  5/30/18     126.50      44.27        .00         .00                  126.50        44.27       170.77
32503411954  5/30/18     819.85     286.94        .00         .00                  819.85       286.94     1,106.79
32503411962  5/30/18     268.57      93.99        .00         .00                  268.57        93.99       362.56
```

Date: 8/07/18  
Time: 9:43:09

Old Dominion Freight Line, Inc.  
Statement of Account by Pro Detail Report  
Include All Pros  
Credit Balances Included

Program: RVAR0311  
User Id: E090235  
Page: 5

Account No:  13450438  CLINTON ALUMINUM US INC

In ***** U S DOLLAR *****

| Pro Number | Pro Date | Freight Charges | Assessed LIQD | Net Cash Posted | Misc Adj | Remaining Frt Charges | Remaining LIQD | Total Open AR |
|---|---|---|---|---|---|---|---|---|
| 32503411970 | 5/30/18 | 184.50 | 64.57 | .00 | .00 | 184.50 | 64.57 | 249.07 |
| 32503411897 | 5/31/18 | 666.13 | 233.14 | .00 | .00 | 666.13 | 233.14 | 899.27 |
| 32503411905 | 5/31/18 | 484.71 | 169.64 | .00 | .00 | 484.71 | 169.64 | 654.35 |
| 32503411913 | 5/31/18 | 126.50 | 44.27 | .00 | .00 | 126.50 | 44.27 | 170.77 |
| 32503411921 | 5/31/18 | 167.44 | 58.60 | .00 | .00 | 167.44 | 58.60 | 226.04 |
| 32503411939 | 5/31/18 | 803.19 | 281.11 | .00 | .00 | 803.19 | 281.11 | 1,084.30 |
| 32503411947 | 5/31/18 | 315.75 | 110.51 | .00 | .00 | 315.75 | 110.51 | 426.26 |
| 29102996359 | 6/01/18 | 120.75 | 42.26 | .00 | .00 | 120.75 | 42.26 | 163.01 |
| 32503411863 | 6/01/18 | 120.75 | 42.26 | .00 | .00 | 120.75 | 42.26 | 163.01 |
| 32503411871 | 6/01/18 | 519.85 | 181.94 | .00 | .00 | 519.85 | 181.94 | 701.79 |
| 32503411889 | 6/01/18 | 660.26 | 231.09 | .00 | .00 | 660.26 | 231.09 | 891.35 |
| 29102996476 | 6/04/18 | 720.48 | 252.16 | .00 | .00 | 720.48 | 252.16 | 972.64 |
| 29102996682 | 6/04/18 | 120.75 | 42.26 | .00 | .00 | 120.75 | 42.26 | 163.01 |
| 29102996690 | 6/04/18 | 253.79 | 88.82 | .00 | .00 | 253.79 | 88.82 | 342.61 |
| 29102996708 | 6/04/18 | 340.83 | 119.29 | .00 | .00 | 340.83 | 119.29 | 460.12 |
| 29102996716 | 6/04/18 | 120.75 | 42.26 | .00 | .00 | 120.75 | 42.26 | 163.01 |
| 32503411798 | 6/04/18 | 175.09 | 61.28 | .00 | .00 | 175.09 | 61.28 | 236.37 |
| 32503411806 | 6/04/18 | 448.76 | 157.06 | .00 | .00 | 448.76 | 157.06 | 605.82 |
| 32503411814 | 6/04/18 | 838.67 | 293.53 | .00 | .00 | 838.67 | 293.53 | 1,132.20 |
| 32503411822 | 6/04/18 | 183.46 | 64.21 | .00 | .00 | 183.46 | 64.21 | 247.67 |
| 32503411830 | 6/04/18 | 1,065.37 | 372.87 | .00 | .00 | 1,065.37 | 372.87 | 1,438.24 |
| 29102996484 | 6/05/18 | 120.75 | 42.26 | .00 | .00 | 120.75 | 42.26 | 163.01 |
| 29102996492 | 6/05/18 | 165.70 | 57.99 | .00 | .00 | 165.70 | 57.99 | 223.69 |
| 29102996500 | 6/05/18 | 120.75 | 42.26 | .00 | .00 | 120.75 | 42.26 | 163.01 |
| 32503411509 | 6/05/18 | 370.09 | 129.53 | .00 | .00 | 370.09 | 129.53 | 499.62 |
| 32503411764 | 6/05/18 | 172.80 | 60.48 | .00 | .00 | 172.80 | 60.48 | 233.28 |
| 32503411772 | 6/05/18 | 219.75 | 76.91 | .00 | .00 | 219.75 | 76.91 | 296.66 |
| 32503411780 | 6/05/18 | 126.50 | 44.27 | .00 | .00 | 126.50 | 44.27 | 170.77 |
| 29103000054 | 6/06/18 | 137.39 | 48.08 | .00 | .00 | 137.39 | 48.08 | 185.47 |
| 29103000062 | 6/06/18 | 120.75 | 42.26 | .00 | .00 | 120.75 | 42.26 | 163.01 |
| 29103000070 | 6/06/18 | 180.15 | 63.05 | .00 | .00 | 180.15 | 63.05 | 243.20 |
| 29103000088 | 6/06/18 | 501.15 | 175.40 | .00 | .00 | 501.15 | 175.40 | 676.55 |
| 32503411442 | 6/06/18 | 274.75 | 96.16 | .00 | .00 | 274.75 | 96.16 | 370.91 |
| 32503411467 | 6/06/18 | 158.91 | 55.61 | .00 | .00 | 158.91 | 55.61 | 214.52 |
| 32503411475 | 6/06/18 | 217.78 | 76.22 | .00 | .00 | 217.78 | 76.22 | 294.00 |
| 32503411483 | 6/06/18 | 190.75 | 66.76 | .00 | .00 | 190.75 | 66.76 | 257.51 |
| 29103000146 | 6/07/18 | 120.75 | .00 | .00 | .00 | 120.75 | .00 | 120.75 |
| 29103000153 | 6/07/18 | 207.33 | 72.56 | .00 | .00 | 207.33 | 72.56 | 279.89 |
| 29103000161 | 6/07/18 | 699.30 | 244.75 | .00 | .00 | 699.30 | 244.75 | 944.05 |
| 32503411426 | 6/07/18 | 1,073.91 | 375.86 | .00 | .00 | 1,073.91 | 375.86 | 1,449.77 |
| 32503411434 | 6/07/18 | 310.00 | 108.50 | .00 | .00 | 310.00 | 108.50 | 418.50 |
| 29103000229 | 6/08/18 | 406.08 | 142.12 | .00 | .00 | 406.08 | 142.12 | 548.20 |
| 32503411343 | 6/08/18 | 429.58 | 150.35 | .00 | .00 | 429.58 | 150.35 | 579.93 |
| 32503411350 | 6/08/18 | 120.75 | 42.26 | .00 | .00 | 120.75 | 42.26 | 163.01 |
| 32503411384 | 6/08/18 | 191.22 | 66.92 | .00 | .00 | 191.22 | 66.92 | 258.14 |
| 32503411392 | 6/08/18 | 313.47 | 109.71 | .00 | .00 | 313.47 | 109.71 | 423.18 |
| 32503411400 | 6/08/18 | 120.75 | 42.26 | .00 | .00 | 120.75 | 42.26 | 163.01 |
| 32503411418 | 6/08/18 | 240.00 | 84.00 | .00 | .00 | 240.00 | 84.00 | 324.00 |

```
Date:  8/07/18                          Old Dominion Freight Line,Inc.                      Program: RVAR0311
Time:  9:43:09                  Statement of Account by Pro Detail Report                   User Id: E090235
                                            Include All Pros                                Page:    6
                                         Credit Balances Included

                                                                     In ***** U S DOLLAR *****

Account No:    13450438 CLINTON ALUMINUM US INC

                            Freight     Assessed    Net Cash              Remaining   Remaining     Total
Pro Number   Pro Date      Charges          LIQD      Posted   Misc Adj  Frt Charges       LIQD   Open AR
-----------  --------    ---------    ---------    --------   --------   -----------  ---------  ---------
29103007026   6/11/18       245.75        86.01         .00        .00        245.75      86.01     331.76
29103007034   6/11/18       136.15        47.65         .00        .00        136.15      47.65     183.80
29103007042   6/11/18       120.75        42.26         .00        .00        120.75      42.26     163.01
32503411269   6/11/18     1,001.49       350.52         .00        .00      1,001.49     350.52   1,352.01
32503411277   6/11/18       276.50           .00        .00        .00        276.50         .00    276.50
32503411293   6/11/18       373.64       130.77         .00        .00        373.64     130.77     504.41
32503411301   6/11/18       313.62       109.76         .00        .00        313.62     109.76     423.38
32503411319   6/11/18       427.67       149.68         .00        .00        427.67     149.68     577.35
32503411327   6/11/18       131.43        46.00         .00        .00        131.43      46.00     177.43
29103007083   6/12/18       130.69        45.74         .00        .00        130.69      45.74     176.43
29103007091   6/12/18       388.22       135.87         .00        .00        388.22     135.87     524.09
29103007109   6/12/18       120.49        42.17         .00        .00        120.49      42.17     162.66
32503390596   6/12/18       315.49       110.42         .00        .00        315.49     110.42     425.91
32503390604   6/12/18       352.88       123.50         .00        .00        352.88     123.50     476.38
32503390612   6/12/18       120.49        42.17         .00        .00        120.49      42.17     162.66
32503390620   6/12/18       120.49        42.17         .00        .00        120.49      42.17     162.66
32503418223   6/13/18       120.49        42.17         .00        .00        120.49      42.17     162.66
32503418256   6/13/18       144.05        50.41         .00        .00        144.05      50.41     194.46
29103007273   6/14/18       120.49        42.17         .00        .00        120.49      42.17     162.66
29103007281   6/14/18       551.75       193.11         .00        .00        551.75     193.11     744.86
29103007299   6/14/18       159.45        55.80         .00        .00        159.45      55.80     215.25
32503413778   6/14/18       618.97       216.63         .00        .00        618.97     216.63     835.60
29103001649   6/15/18       120.49        42.17         .00        .00        120.49      42.17     162.66
29103001656   6/15/18       114.75        40.16         .00        .00        114.75      40.16     154.91
29102937843   6/18/18       245.49        85.92         .00        .00        245.49      85.92     331.41
29102937850   6/18/18       245.49        85.92         .00        .00        245.49      85.92     331.41
29102937868   6/18/18       114.75        40.16         .00        .00        114.75      40.16     154.91
29102937876   6/18/18       120.49        42.17         .00        .00        120.49      42.17     162.66
29103007463   6/18/18       120.49        42.17         .00        .00        120.49      42.17     162.66
29103007471   6/18/18       363.03       127.06         .00        .00        363.03     127.06     490.09
29103007489   6/18/18       245.49        85.92         .00        .00        245.49      85.92     331.41
29103007497   6/18/18       257.57        90.14         .00        .00        257.57      90.14     347.71
29103007505   6/18/18     1,199.31       419.75         .00        .00      1,199.31     419.75   1,619.06
32503307558   6/18/18       120.49        42.17         .00        .00        120.49      42.17     162.66
32503307566   6/18/18       120.49        42.17         .00        .00        120.49      42.17     162.66
32503307574   6/18/18       167.41        58.59         .00        .00        167.41      58.59     226.00
32503307582   6/18/18       120.49        42.17         .00        .00        120.49      42.17     162.66
29102937918   6/19/18       114.75        40.16         .00        .00        114.75      40.16     154.91
29102937934   6/19/18       276.02        96.60         .00        .00        276.02      96.60     372.62
32503413810   6/19/18       245.30           .00        .00        .00        245.30         .00    245.30
32503413836   6/19/18       326.79       114.37         .00        .00        326.79     114.37     441.16
29102937991   6/20/18     1,106.87           .00        .00        .00      1,106.87         .00  1,106.87
32503413851   6/21/18       230.61           .00        .00        .00        230.61         .00    230.61
32503413869   6/21/18       239.82           .00        .00        .00        239.82         .00    239.82
29102998969   6/22/18       154.97           .00        .00        .00        154.97         .00    154.97
32503413877   6/22/18       763.29           .00        .00        .00        763.29         .00    763.29
32503413927   6/26/18       471.01           .00        .00        .00        471.01         .00    471.01
32503413935   6/26/18       606.28           .00        .00        .00        606.28         .00    606.28
```

```
Date:  8/07/18                        Old Dominion Freight Line,Inc.                       Program: RVAR0311
Time:  9:43.09                 Statement of Account by Pro Detail Report                   User Id: ED90235
                                        Include All Pros                                   Page:          7
                                     Credit Balances Included

Account No:   13450438  CLINTON ALUMINUM US INC                              In ***** U S DOLLAR *****

                                     Assessed      Net Cash                Remaining     Remaining     Total
Pro Number    Pro Date    Freight      LIQD         Posted     Misc Adj    Frt Charges      LIQD      Open AR
                          Charges
-----------   --------   ---------   ---------    ---------    --------    -----------   ---------   ---------
29103000492   6/27/18       134.02        .00          .00         .00         134.02         .00       134.02
32503413950   6/27/18       127.80        .00          .00         .00         127.80         .00       127.80
29103015037   6/28/18       404.32        .00          .00         .00         404.32         .00       404.32
29103015045   6/28/18       120.49        .00          .00         .00         120.49         .00       120.49
29103015052   6/28/18       120.49        .00          .00         .00         120.49         .00       120.49
32503413976   6/28/18       285.04        .00          .00         .00         285.04         .00       285.04
32503413984   6/28/18       202.66        .00          .00         .00         202.66         .00       202.66
32503413992   6/28/18       200.92        .00          .00         .00         200.92         .00       200.92
29103015169   6/29/18       137.07        .00          .00         .00         137.07         .00       137.07
32503414016   6/29/18       754.93        .00          .00         .00         754.93         .00       754.93
32503414024   6/29/18       288.27        .00          .00         .00         288.27         .00       288.27
32503414032   7/02/18       763.29        .00          .00         .00         763.29         .00       763.29
32503414040   7/02/18       145.28        .00          .00         .00         145.28         .00       145.28
32503414057   7/02/18       174.71        .00          .00         .00         174.71         .00       174.71
32503414073   7/02/18       229.81        .00          .00         .00         229.81         .00       229.81
29103015334   7/03/18       421.64        .00          .00         .00         421.64         .00       421.64
29103015342   7/03/18       336.89        .00          .00         .00         336.89         .00       336.89
32503414081   7/03/18       519.05        .00          .00         .00         519.05         .00       519.05
32503414099   7/03/18       235.58        .00          .00         .00         235.58         .00       235.58
32503414107   7/03/18       129.00        .00          .00         .00         129.00         .00       129.00
29103015409   7/05/18       528.15        .00          .00         .00         528.15         .00       528.15
29103015417   7/05/18       170.38        .00          .00         .00         170.38         .00       170.38
29103015425   7/05/18       677.50        .00          .00         .00         677.50         .00       677.50
32503414115   7/05/18       513.87        .00          .00         .00         513.87         .00       513.87
29103015466   7/06/18       120.49        .00          .00         .00         120.49         .00       120.49
29103015474   7/06/18       120.49        .00          .00         .00         120.49         .00       120.49
32503415482   7/06/18       189.36        .00          .00         .00         189.36         .00       189.36
29103015490   7/06/18       120.49        .00          .00         .00         120.49         .00       120.49
29103015508   7/06/18       120.49        .00          .00         .00         120.49         .00       120.49
32503414123   7/06/18       474.88        .00          .00         .00         474.88         .00       474.88
32503414131   7/09/18       620.09        .00          .00         .00         620.09         .00       620.09
32503414164   7/09/18       356.40        .00          .00         .00         356.40         .00       356.40
32503414180   7/10/18       140.83        .00          .00         .00         140.83         .00       140.83
32503414198   7/10/18       763.29        .00          .00         .00         763.29         .00       763.29
32503414214   7/11/18       245.49        .00          .00         .00         245.49         .00       245.49
29103020672   7/12/18       417.35        .00          .00         .00         417.35         .00       417.35
29103020680   7/12/18       114.75        .00          .00         .00         114.75         .00       114.75
32503414230   7/12/18       114.75        .00          .00         .00         114.75         .00       114.75
32503414248   7/12/18       184.12        .00          .00         .00         184.12         .00       184.12
32503414255   7/12/18       464.87        .00          .00         .00         464.87         .00       464.87
29103020730   7/13/18     1,106.87        .00          .00         .00       1,106.87         .00     1,106.87
29103020748   7/13/18       120.49        .00          .00         .00         120.49         .00       120.49
29103020755   7/13/18       135.96        .00          .00         .00         135.96         .00       135.96
32503274972   7/13/18       222.75        .00          .00         .00         222.75         .00       222.75
32503274980   7/13/18       238.82        .00          .00         .00         238.82         .00       238.82
32503433313   7/16/18       195.67        .00          .00         .00         195.67         .00       195.67
29102939120   7/17/18       139.11        .00          .00         .00         139.11         .00       139.11
32503243761   7/17/18       672.11        .00          .00         .00         672.11         .00       672.11
```

```
Date:  8/07/18                          Old Dominion Freight Line,Inc.                              Program: RVAR0311
Time:  9:43:09                    Statement of Account by Pro Detail Report                         User Id: E090235
                                           Include All Pros                                         Page:          8
                                         Credit Balances Included

Account No:    13450438 CLINTON ALUMINUM US INC                              In ***** U S DOLLAR *****

                      Freight      Assessed    Net Cash                   Remaining    Remaining       Total
Pro Number  Pro Date  Charges      LIQD        Posted       Misc Adj      Frt Charges  LIQD            Open AR
---------- --------  ---------    --------    ---------    --------      -----------  ----------     ----------
32503243779  7/17/18   336.05         .00          .00         .00          336.05         .00          336.05
28103239464  7/18/18   120.49         .00          .00         .00          120.49         .00          120.49
29103015532  7/18/18   120.49         .00          .00         .00          120.49         .00          120.49
32503243829  7/18/18   120.49         .00          .00         .00          120.49         .00          120.49
32503243837  7/18/18   144.31         .00          .00         .00          144.31         .00          144.31
32503243852  7/19/18   507.78         .00          .00         .00          507.78         .00          507.78
32503243860  7/19/18   114.75         .00          .00         .00          114.75         .00          114.75

     ** Totals:     94,113.73    25,485.31    1,470.73-         .00       92,643.00   25,485.31      118,128.31

Total No of Pros:     343

                               * * * * * * End of Report * * * * * *
```